IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JIMMY NIXON
Reg. #12863-116                                              PLAINTIFF

v.                    No. 2:18-cv-120-DPM-BD

A. RENDON, Guard, Forrest City
Low; and ROBERT TANZY, AMY
BOULWARE, C. MARUKA, P. BENSON,
and J. HAWKINS, all individually and
in their official capacities                                 DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's recommendation, № 18, and overrules Nixon's objections, № 35. FED. R. CIV. P. 72(b)(3). Courts must view prisoners' requests for injunctive relief "with great caution because judicial restraint is especially called for in dealing with the complex and intractable problems of prison administration." *Goff v. Harper*, 60 F.3d 518, 520 (8th Cir. 1995) (quotation omitted). Viewed with that caution, Nixon's motion doesn't show that irreparable harm is likely without a preliminary injunction. It is therefore denied. № 16.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*7 January 2019*