IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JIMMY NIXON
Reg. #12863-116                                                    PLAINTIFF

v.                           No. 2:18-cv-120-DPM

A. RENDON, Guard, Forrest City
Low; and ROBERT TANZY, AMY
BOULWARE, C. MARUKA, P. BENSON,
and J. HAWKINS, all individually and
in their official capacities                                       DEFENDANTS

## ORDER

Unopposed recommendation, № 57, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 46, granted. Nixon's amended complaint will be dismissed without prejudice for failure to exhaust.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 May 2019