# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JIMMY NIXON
Reg. #12863-116                                                    PLAINTIFF

v.                          No. 2:18-cv-120-DPM

A. RENDON, Guard, Forrest City
Low; DOE, Warden, Forrest City Low;
and ROBERT TANZY, AMY BOULWARE,
C. MARUKA, P. BENSON, and J. HAWKINS,
all individually and in their official capacities         DEFENDANTS

## JUDGMENT

Nixon's amended complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

6 May 2019